

FILED

MAY 13 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____
                Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ROY LEE ROBERTS, JR.,**<br><br>*Defendant.* | Case No.<br><br>**CR 21-180 RAW** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY**
**[18 U.S.C. §§ 2241(c), 2246(2)(B), 1151 & 1153]**

Between on or about November 19, 2017 and September 4, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ROY LEE ROBERTS, JR.**, an Indian, did knowingly cause and attempt to cause R.R., a person who had not attained the age of 12 years, to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: contact between the penis of R.R. and the mouth of defendant, in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(B), 1151 and 1153.

## COUNT TWO

**AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY**
**[18 U.S.C. §§ 2241(c), 2246(2)(B), 1151 & 1153]**

Between on or about November 19, 2017 and September 4, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ROY LEE ROBERTS, JR.**, an Indian, did knowingly cause and attempt to cause R.R., a person who had not attained the age of 12 years, to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: contact

between the penis of defendant and the mouth of R.R., in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(B), 1151 and 1153.

## COUNT THREE

### AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY
### [18 U.S.C. §§ 2241(c), 2246(2)(D), 1151 & 1153]

Between on or about November 19, 2017 and September 4, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ROY LEE ROBERTS, JR.**, an Indian, did knowingly cause and attempt to cause R.R., a person who had not attained the age of 12 years, to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: the intentional touching, directly and not through the clothing, of the genitalia of R.R., with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(D), 1151 and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

_s/ Edith Singer_
EDITH A. SINGER, OBA#19439
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY