IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ROY LEE ROBERTS, JR.,<br><br>*Defendant.* | FILED<br>JAN 25 2022<br>PATRICK KEANEY<br>Clerk, U.S. District Court<br>By_____ Deputy Clerk<br><br>Case No. 21-CR-00180-DCJ |

S U P E R S E D I N G   I N D I C T M E N T

The Federal Grand Jury charges:

COUNT ONE

AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY
[18 U.S.C. §§ 2241(c), 2246(2)(B), 1151 & 1153]

Between on or about November 19, 2017, and September 4, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ROY LEE ROBERTS, JR.**, an Indian, did knowingly cause and attempt to cause R.R., a person who had not attained the age of 12 years, to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: contact between the penis of R.R. and the mouth of defendant, in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(B), 1151 and 1153.

COUNT TWO

AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY
[18 U.S.C. §§ 2241(c), 2246(2)(B), 1151 & 1153]

Between on or about November 19, 2017, and September 4, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ROY LEE ROBERTS, JR.**, an Indian, did knowingly cause and attempt to cause R.R., a person who had not attained the age of 12 years,

1

to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: contact between the penis of defendant and the mouth of R.R., in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(B), 1151 and 1153.

### COUNT THREE

### AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY
### [18 U.S.C. §§ 2241(c), 2246(2)(D), 1151 & 1153]

Between on or about November 19, 2017, and September 4, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ROY LEE ROBERTS, JR.**, an Indian, did knowingly cause and attempt to cause R.R., a person who had not attained the age of 12 years, to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: the intentional touching, directly and not through the clothing, of the genitalia of R.R., with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(D), 1151 and 1153.

### COUNT FOUR

### SEXUAL ABUSE OF A MINOR IN INDIAN COUNTRY
### [18 U.S.C. §§ 2243(a), & 2246(2)(B), 1151 & 1153]

Between on or about June 8, 2016 and on or about December 9, 2017, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ROY LEE ROBERTS, JR.**, an Indian, did knowingly engage and attempt to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: contact between the mouth of the defendant and the penis of C.R., a person who had attained the age of 12 years but had not yet attained the age of 16 years and is at least four years younger than the defendant, in violation of Title 18, United States Code, Sections 2243(a) and 2246(2)(B), 1151 and 1153.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

*Edith Singer* (signature)

EDITH A. SINGER, OBA#19439
Assistant United States Attorney