IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
NOV 1 5 2022
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-180-DCJ |
| ROY LEE ROBERTS, JR., | |
| Defendant. | |

## STIPULATION NO. 1

The United States and the defendant, Roy Lee Roberts, Jr., stipulate that Roy Lee Roberts, Jr. has some degree of Indian blood, has received benefits through the Choctaw Nation, and is a member of the Choctaw Nation, a federally recognized Indian tribe, and that the Defendant, Roy Lee Roberts, Jr. is an Indian for the purposes of jurisdiction.

SEEN AND AGREED:

Christopher J. Wilson
United States Attorney

By: _____*Edith Singer*_____
Edith A. Singer
Assistant U.S. Attorney
Counsel for the United States

x _____*Roy Roberts Jr*_____
Roy Lee Roberts, Jr.
Defendant

_____*Shena Burgess*_____
Shena Burgess
Counsel for the Defendant