IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Re:   Case U.S.A. v. ROY LEE ROBERTS, JR. - CR-21-180-DCJ

**Note from the Jury**

YOUR HONOR:

We have reached a verdict on all
three counts.

Date: 11-16-22

Time: 2:12pm

**Response from the Court**

TO THE JURY:

Date: _____

Time: _____                    _____
                                                 United States District Judge

EXHIBIT
Court's #1