IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>Roy Lee Roberts, Jr.<br>*Defendant.* | Case No. 6:21-cr-00180-DCJ |

## VERDICT FORM

### COUNT ONE

### AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY

We, the Jury, duly empaneled in the above case, find as to the Defendant, Roy Lee Roberts, Jr., the following:

✓  Guilty

___  Not Guilty

### COUNT TWO

### AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY

We, the Jury, duly empaneled in the above case, find as to the Defendant, Roy Lee Roberts, Jr., the following:

✓  Guilty

___  Not Guilty

## COUNT FOUR

### SEXUAL ABUSE OF A MINOR IN INDIAN COUNTRY

We, the Jury, duly empaneled in the above case, find as to the Defendant, Roy Lee Roberts, Jr., the following:

__✓__     Guilty

_____     Not Guilty

DATED this __16th__ day of November 2022.

