UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: | CR-21-180-DCJ |
| Plaintiff, ) | | |
| v. ) | Date: | 06/01/2023 |
| ) | | |
| ROY LEE ROBERTS, JR., ) | Time: | 10:02 a.m. – 10:13 a.m. |
| Defendant. ) | | |

## MINUTE SHEET – SENTENCING HEARING

U.S. District Court Judge, David Cleveland Joseph   Katie Hayes, Deputy Clerk   Karla McWhorter, Reporter
FTR Courtroom:   1 - Room 230

Counsel for Plaintiff:   Edith Singer, Asst. United States Attorney
Counsel for Defendant: Shena E. Burgess, appointed  ☒ Defendant appears in person with counsel

☒ Plaintiff & Defendant reviewed PSI:
  ☒ Government      Objections:   ☐ Yes   ☒ No
  ☒ Defendant       Objections:   ☒ Yes   ☐ No

☒ PSI will form factual basis for sentencing

MINUTES: Court inquired regarding any victims present for hearing. Government responded the victims were notified but not present.

☒ Defendant and counsel asked if they care to say anything prior to sentence being pronounced
  ☐ Statements by Government in aggravation/mitigation of punishment
  ☒ Statements by defendant's counsel
  ☒ Statements by defendant

SENTENCE:   As to Count __1s__ of the __Superseding Indictment__
☒ Bureau of Prisons for a term of __LIFE__           ☒ Concurrent   ☐ Consecutive
☒ Supervised Release for a term of __LIFE__          ☒ Concurrent   ☐ Consecutive
☒ Special Assessment:       $__100.00__              ☒ due immediately
☐ Fine:                     $_____              ☐ with interest   ☐ interest waived
☐ Restitution:              $_____              ☐ with interest   ☐ interest waived

SENTENCE:   As to Count __2s__ of the __Superseding Indictment__
☒ Bureau of Prisons for a term of __LIFE__           ☒ Concurrent   ☐ Consecutive
☒ Supervised Release for a term of __LIFE__          ☒ Concurrent   ☐ Consecutive
☒ Special Assessment:       $__100.00__              ☒ due immediately
☐ Fine:                     $_____              ☐ with interest   ☐ interest waived
☐ Restitution:              $_____              ☐ with interest   ☐ interest waived

SENTENCE:   As to Count __4s__ of the __Superseding Indictment__
☒ Bureau of Prisons for a term of __180 months__     ☒ Concurrent   ☐ Consecutive
☒ Supervised Release for a term of __LIFE__          ☒ Concurrent   ☐ Consecutive
☒ Special Assessment:       $__100.00__              ☒ due immediately
☐ Fine:                     $_____              ☐ with interest   ☐ interest waived
☐ Restitution:              $_____              ☐ with interest   ☐ interest waived

☒ **STANDARD CONDITIONS** of Probation / Supervised Release given, including the following **Special Conditions:** set forth in Judgment

☒ REASONS FOR IMPOSING SENTENCE given by Court
☒ Defendant advised of right to appeal     ☒ Defendant gives oral notice of appeal
☒ Defendant remanded to the custody of the U.S. Marshal
☒ Court adjourned