UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROY LEE ROBERTS, JR.<br>    Defendant. | CASE NO. CR-21-180-DCJ |

## NOTICE OF APPEAL

**COMES NOW**, Defendant Roy Lee Roberts, Jr., by and through his attorney of record, Shena E. Burgess, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order from the Honorable Judge Joseph (Doc. 134) entered and filed on June 2, 2023 that sentenced Mr. Roberts after jury trial.

Respectfully Submitted,

s/ Shena E. Burgess
**SHENA E. BURGESS, OBA #18663**
SMILING, SMILING & BURGESS
9175 South Yale Avenue, Suite 300
Tulsa, Ok 74137-4043
(918) 477-7500
(918) 477-7510 FAX
sburgess@smilinglaw.com
Counsel for Defendant Roberts

CERTIFICATE OF SERVICE

I Shena E. Burgess, hereby certify that on this 2nd day of June, 2023, I submitted this document to the Clerk of Court for filing and service on all involved parties via the EM/ECF system.
Edith Singer

/s/ Shena E. Burgess

Page **1** of **1**